UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. K. BROCK, et al.,<br><br>    Defendants. | Case No. 15-cv-03336-YGR (PR)<br><br>**JUDGMENT** |

    For the reasons set forth in this Court's Denying Plaintiff's Motion to Strike Reply; and Granting Defendants' Motion for Summary Judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants Brock and Mahan, and against Plaintiff. Parties shall each bear their own costs of action.

Dated: March 10, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge